KATIE C. BROWN, Appellant, *v.* VILLAGE OF OWEGO, Respondent.

Argued October 11, 1940; decided November 13, 1940.

*George L. Andrews* for appellant.

*Nathan Turk* and *Benjamin W. Loring* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.   Taking no part: LEHMAN, Ch. J.